UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARLENE JONES, et al,**

    **Plaintiffs,**

                                            **Civil No.08-14962**
                                            **Hon. John Feikens**

    v.

**ST. JOHN HEALTH,**

    **Defendant.**..

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **3/9/2009**, and noted that no objections were filed by either party,

    **IT IS ORDERED** that the Report is accepted and Plaintiffs' Motion to Remand is **DENIED.**

                                              **s/John Feikens**
                                              John Feikens
                                              United States District Judge

Dated:  April 16, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 16, 2009.

s/Carol Cohron
Deputy Clerk